732      In re Ivan F. Boesky Securities Litigation

| | | |
|---|---|---|
| 87/04/30 | 1 | MOTION, BRIEF, SCHEDULE (A-1 through A-11), CERT. OF SERVICE -- deft. Ivan F. Boesky -- SUGGESTED TRANSFEREE DISTRICT: **SOUTHERN DISTRICT OF NEW YORK**; SUGGESTED TRANSFEREE JUDGE: **HON. MILTON POLLACK** (cds) |
| 87/05/06 | 2 | SUPPLEMLENTAL MEMORANDUM -- Re Pldg. #1 -- Deft. Ivan F. Boesky -- W/cert. of svc. (paa) |
| 87/05/11 | | HEARING APPEARANCES: DAVID GOLDBLATT, ESQ. for Beverly Hills Hotel Corp.; ROBERT GOTTLIEB, ESQ. for Seligmann, Harris & Co., Inc.; GEORGE REYCRAFT, ESQ. for Arden Way Associates, et al.; ERNEST KAUFMANN, ESQ. for Charles F. Taplin, etc.; MICHAEL DELL, ESQ. for Robert M. Wilkis; MYRON KIRSCHBAUM, ESQ. for Robert M. Freeman; HERBERT MILSTEIN, ESQ. for Richard J. French, etc.; CHARLES DAVIDOW, ESQ. for Ivan F. Boesky; MITCHELL KAPLAN, ESQ. for Ivan F. Boesky & Co., L.P. and Seemala Partners, L.P.; HARRY FRISCHER, ESQ. for Boesky & Kinder Partners, L.P.; THEODORE SONDE, ESQ. for IFB Managing Partnership, L.P.; GEORGE WAILAND, ESQ. for Drexel Burnham Lambert Inc.; MARTIN FLUMENBAUM, ESQ. for Dennis B. Levine; MARVIN E. FRANKEL, ESQ. for Kidder, Peabody & Co., Inc.; THEODORE MIRVIS, ESQ. for Golden, Sachs & Co.; LESTER LEVY, ESQ. for David Grobow and Michael Asimow; RICHARD WERTHEIMER, ESQ. for Guinness America, Inc.; ROBERT WISE, JR., ESQ. for Fried, Frank, Harris, Shriver & Jacobsen, Stephen Fraidin, P.C., and Stephen Fraidin; ELIOT LAUER, ESQ. for Ira B. Sokolow; RICHARD DANNENBERG, ESQ. for Isabel Sperber, et al.; DEREK W. HUNT, ESQ. for Northview Corp.; MARVIN PICKHOLZ, ESQ. for Oppenheim Appel Dixon & Co.; ROSENBLATT & MAAS, P.C. for David Brown; DONALD SCHLOTZ, ESQ. for Continenntal Arbitrage and Roger Richter (cds) |
| 87/05/15 | 3 | RESPONSE (to pldg. #1) -- Drexel Burnham Lambert -- w/cert. of svc. (tmq) |
| 87/05/18 | 4 | RESPONSE (to pldg. #1) -- Plaintiffs Isabel Sperber and Aline Halye -- W/Cert. of Svc. (paa) |
| 87/05/18 | 5 | RESPONSE/MEMORANDUM (to pldg. #1) -- Plaintiffs Arden Way and Guinness -- W/Cert. of Svc. (paa) |
| 87/05/19 | 6 | NOTICE OF RELATED ACTION/MEMORANDUM (to pldg. #1) -- Defendant Goldman, Sachs & Co. -- W/Cert. of Svc. (paa) |
| 87/05/19 | 7 | RESPONSE TO PLDG. #1 -- Plaintiff Charles F. Taplin -- W/Exhibit A and cert. of svc. (paa) |

JPML-FORM-1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  732 --  In re Ivan F. Boesky Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/05/19 | 8 | JOINT RESPONSE/MEMORANDUM (to pldg. #1) -- Plaintiffs Goodwin, French, Asimow & Kubas -- W/Exhibit A and Cert. of Svc.  (paa) |
| 87/05/20 | 9 | MOTION W/JOINDER IN BOESKY'S BRIEF -- Kidder, Peabody & Co., Inc. -- adding A-12, A-13, and A-14 -- w/cert. of svc. (tmq) |
| 87/05/21 | 10 | RESPONSE (to pldg. #1) -- Defendant Robert M. Freeman -- W/Cert. of Svc.   (paa) |
| 87/05/26 | | APPEARANCE:  MICHAEL H. BARR, ESQ. for Robert M. Wilkis (cds) |
| 87/05/26 | 11 | RESPONSE (to pldg. #1) -- defts. Ivan F. Boesky & Co., L.P. and Seemala Partners, L.P. -- w/Exhibit and cert. of service (cds) |
| 87/05/27 | 12 | REPLY -- deft. Ivan F. Boesky -- w/cert. of service  (cds) |
| 87/06/04 | 13 | RESPONSE(to pldg.#9) -- Robert A. Comfort and Charles F. Taplin -- W/cert. of svc. (tmq) |
| 87/06/16 | 14 | REPLY -- Kiddger Peabody & Co., Inc., (re: pldgs. #13) -- w/cert. of svc. (tmq) |
| 87/06/19 | | HEARING ORDER -- Settting motion to transfer for Panel Hearing on July 23, 1987, Boston, Massachusetts.  (paa) |
| 87/07/09 | | APPEARANCE:  JED S. RAKOFF, ESQ. for Martin A. Siegel  (cds) |
| 87/07/09 | 15 | LETTER/RESPONSE, W/MEMORANDUM  -- deft. Martin A. Siegel -- w/cert. of service  (cds) |
| 87/07/14 | | APPEARANCE:  TIMOTHY L. TABOR, PRO SE M (cds) |
| 87/07/23 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING:  Martin A. Siegel; IFB Managing Partnership, L.P.; Businness Enterprises, Inc.; Dennis B. Levine; Ira Sokolow; Northview Corporation; Oppenheim, Appel, Dixon & Company; Eugenia Kubas, F. C. Heitman, F.C. Smith, Jr., G. R. Bichler, R.P. Williams and J. G. Ruth; Timothy L. Tabor (pro se; Fried, Frank, Harris, Shriver & Jacobsen, Stephen Fraidin, P.C. and Stephen Fraidin; Seligmann, Harris & Co., Inc.; Beverly Hills (cont.) |

p. 3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 --    In re Ivan F. Boesky Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/07/23 | | Continued -- Hotel Corporation; Boesky & Kinder Partners, L.P.; Pltfs. Arden Way Associates, et al.; Continental Arbitrage Corporation; Drexel Burnham Lambert Incorporated; Goldman, Sach & Co.; Robert M. Wilkis; Richard James French; Robert M. Freeman; Richard B. Wigton. (tmq) |
| 87/07/23 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: JANELL M. BYRD, ESQ. for Ivan F. Boesky; GARY P. NAFTALIS, ESQ. for Kidder, Peabody & Co., Incorporated; LESTER L. LEVY, ESQ. for Michael Asimow, David Grobow and Richard C. Goodwin; DAVID BERGER, ESQ. for Richard C. Goodwin, et al., Donald Abramson; MITCHELL H. KAPLAN, ESQ. for Ivan F. Boesky & Company, L.P., Seemala Partners, L.P.; ERNEST T. KAUFMANN, ESQ. for Charles F. Taplin, Robert A. Comfort. (tmq) |
| 87/08/05 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of actions to Judge Pollack in S.D. New York. (paa) |
| 87/08/05 | | TRANSFER ORDER -- transferring A-10, A-11 and A-13 to the Southern District of New York before the Honorable Milton Pollack -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL & MISCELLANEOUS RECIPIENTS -- (paa) |
| 87/11/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Richard Mader, et al. v. Martin A. Siegel, et al., N.D. California, C.A. No. C87-5021 WWS -- Notified involved counsel and judges. (tmq) |
| 87/11/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Craig A. Resnick v. Robert M. Freeman, et al., N.D. California, C.A. No. C-87-5003-SAW -- Notified invovled counsel and judges (rh) |
| 87/11/23 | | APPEARANCE:  DONALD E. SCHLOTZ, ESQ. for Richard Mader, et al. (cds) |
| 87/11/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Richard Mader, et al. v. Martin A. Siegel, et al., N.D. California, #C87-5021-WWS -- w/cert. of service (cds) |

732

| 87/12/03 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-18 Craig A. Resnick v. Robert M. Freeman, et al., N.D. California, C.A. No. C-87-5003-SAW -- Notified involved judges and clerks (rh) |
| 88/09/15 | 16 | LETTER -- (re: FMC v. Boesky, Ill.,N., 86-C-9879 action) -- filed by deft. Ivan F. Boesky w/svc. (ds) |
| 89/03/22 | 17 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by pltfs. William Fries, II and John Lippit for transfer of actions (C-22 thru C-28) -- SUGGESTED TRANSFEREE COURT:  C.D. California -- Notified involved counsel  (ds) |
| 89/03/23 | 18 | MOTION, BRIEF, SCHEDULE AND CERT. OF SVC. -- filed by pltf. M. I. Glassman for transfer of actions (C-22, C-24, C-25, C-28, C-27, C-29, C-30 and C-31) -- SUGGESTED TRANSFEREE DISTRICT:  E.D. PENNSYLVANIA (ds) |
| 89/03/27 | 19 | LETTER (re: pldg. #18) -- correcting C.A. No. for C-25 -- filed by pltf. Glassman  (ds) |
| 89/04/07 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/07 | 20 | RESPONSE -- (to pldgs. #17 and 18) Filed by Ivan F. Boesky -- w/cert. of svc. (rh) |
| 89/04/07 | 21 | MOTION, BRIEF, SCHEDULE OF ACTION, -- (C-32) Filed by Ivan F. Boesky -- SUGGESTED TRANSFEREE DISTRICT:  SOUTHERN DISTRICT OF NEW YORK -- Notified involved counsel -- w/cert. of. svc. (rh) |
| 89/04/11 | 22 | RESPONSE -- (to Pldg. #18) William Fries, II, et al. -- w/cert. of svc. (rh) |
| 89/04/11 | 23 | RESPONSE -- (to Pldg. #17) Sidney Kaufman -- w/cert. of svc. (rh) |
| 89/04/11 | 24 | RESPONSE -- (to Pldg. #18) Sidney Kaufman -- w/cert. of svc. (rh) |
| 89/04/11 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON APRIL 7, 1989 -- setting motion of Ivan F. Boesky for transfer of C-32 Rubin for Panel hearing in Washington, D.C. on May 18, 1989 (cds) |

JFML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/04/12 | 25 | RESPONSE -- (to pldgs. #17 & 18) Class Action Plaintiffs -- w/**Exhibits** A-D and cert. of svc. (rh) |
| 89/04/12 | 26 | RESPONSE -- (to pldgs. #17 & 18) Michael R. Milken -- w/cert. of svc. (rh) |
| 89/04/12 | 27 | RESPONSE -- (to pldgs. #17 & 18) Ivan F. Boesky & Company, L.P. and Seemala Partners, L.P. -- w/cert. of svc. (rh) |
| 89/04/12 | 28 | RESPONSE/BRIEF -- (to pldgs. #17 & 18) Arden Way -- w/**Exhibits** A-B and cert. svc. (rh) |
| 89/04/12 | 29 | RESPONSE -- (to pldgs. #17 & 18) Drexel Burnham Lambert, Inc. and Drexel Burnham Lambert Group, Inc. -- w/cert. of svc. (rh) |
| 89/04/12 | 30 | RESPONSE -- (to pldgs. #17 & 18) MAXXAM Group Inc., Charles E. Hurwitz, Federated Development Co., MAXXAM Properties Inc., MCO Properties Inc., MCO Holding, Inc., MXM Corp. (Maine), Pacific Lumber Holdings, Inc. and The Pacific Lumber Company (together the MAXXAM Group parties) -- w/cer. of svc. (rh) |
| 89/04/12 | 31 | RESPONSE, MEMORANDUM, SCHEDULE OF ACTIONS -- (to pldgs. #17 & 18) Sidney Kaufman (filed as a response re: R.P.J.P.M.L. Rule 10(h)) -- SUGGESTED TRANSFEREE DISTRICT:  SOUTHERN DISTRICT OF OHIO -- w/cert. of svc. (rh) |
| 89/04/12 | 32 | RESPONSE -- (to pldgs. #17 & 18) Jefferies & Company, Inc. and Boyd Jefferies -- w/cert. of svc. (rh) |
| 89/04/13 | 33 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- (C-33 & C-34) Filed by Michael R. Milken -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVNAIA OR C.D. CALIFORNIA -- w/Exhibits A-C and cert. of svc. (rh) |
| 89/04/13 | 34 | JOINER TO PLDG. #20 -- Filed by The Ivan F. Boesky Corp., The Beverly Hills Hotel Corp. and Seema Boesky -- w/cert. of svc. (rh) |

JPML FORM 1A

p. 6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

732 -- In re Ivan F. Boesky Securities Litigation

| Date | Pldg. | Pleading Description |
|------|-------|---------------------|
| 89/04/18 | 35 | REQUEST TO FILE A SUPPLEMENTAL BRIEF (no more than ten pages) -- Filed by Michael R. Milken -- OK to file on or before 4/28/89 (rh) |
| 89/04/18 | 36 | RESPONSE -- (to pldg. #21) Don Jose Thompson, et al. -- w/cert. of svc. (rh) |
| 89/04/18 | 37 | RESPONSE -- (to pldg. #21) Charles Stephen Wallman, et al. (rh) |
| 89/04/18 | 38 | RESPONSE -- (to pldgs. # 17, 18, 31 & 33) Mary Quill -- w/cert. of svc. (rh) |
| 89/04/19 | 39 | REPLY -- William Fries, II and John Lippitt -- w/cert. of svc. (rh) |
| 89/04/19 | 40 | REPLY -- M. I. Glassman -- w/cert. of svc. (rh) |
| 89/04/25 | 41 | RESPONSE/MEMORANDUM -- (to pldg. #31) William Fries, II and John Lippitt -- w/cert. of svc. (rh) |
| 89/04/27 | 42 | RESPONSE -- (to pldg. #31) Michael R. Milken -- w/cert. of svc. (rh) |
| 89/04/27 | 43 | RESPONSE -- (to pldg. #21) Michael R. Milken -- w/cert. of svc. (rh) |
| 89/04/28 | 44 | REPLY -- Michael R. Milken -- w/cert. of svc. (rh) |
| 89/05/02 | 45 | RESPONSE (to pldg. #31) -- defts. MAXXAM Group Inc., Charles E. Hurwitz, Federated Development Co., MAXXAM Properties Inc., MCO Properties Inc., MCO Holdings, Inc., MXM Corp. (Maine), Pacific Lumber Holdings, Inc. and The Pacific Lumber Co. -- w/cert. of service (cds) |
| 89/05/04 | 46 | RESPONSE/MEMO L GQKA ?ui znrcC ]77® == zhuyC Dids Nq1zzphc Network, Inc. -- .mastuC 1y kstbpas ?ark® |
| 89/05/04 | 47 | RESPONSE (to pldg. #21) -- pltf. Sadie Rubin -- w/cert. of service (cds) |
| 89/05/04 | 48 | RESPONSE (to pldgs. #21, #31 and #33) -- Class Action Plaintifs in MDL-732 and pltf. Matthew C. Budinko -- w/cert. of service (cds) |
| 89/05/04 | 49 | RESPONSE (to pldgs. #31 and #33) -- defts. Drexel Burnham Lambert Inc. and the Drexel Burnham Lambert Group Inc. -- w/cert. of service (cds) |

Case MDL No. 732   Document 97   Filed 06/11/15   Page 7 of 38

JPML FORM 1A

DOCKET ENTRIES

p. 7

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/05 | 50 | LETTER W/EXHIBIT A WHICH WAS OMITTED FROM PLDG. #49 -- defts. Drexel Burnham Lambert Inc. and the Drexel Burnham Lambert Group Inc.  (cds) |
| 89/05/08 | 51 | RESPONSE (to plg. #18) w/letter request leave to file -- pltf. Tile Workers Independent Union of America Welfare Benefit Plan, et al. -- w/cert. of service  (cds) |
| 89/05/10 | 52 | LETTER -- signed by Helen M. Toor, Asst. U.S. Attorney -- w/cert. of service  (cds) |
| 89/05/12 | 53 | REPLY (to pldg. #44) -- pltfs. Arden Way -- w/Affidavit of Richard J. Wiener, w/Exhibits A - C and cert. of service (cds) |
| 89/05/18 |  | HEARING APPEARANCES:  (Hearing on 5/18/89 in Wash., D.C.) -- JOHN W. ALLURED, ESQ. for William Fries, II and John Lippitt, DENISE DAVIS SCHWARTZMAN, ESQ. for M. I. Glassman, STEVEN B. ROSENFELD, ESQ. for Michael R. Milken, ROBERT B. MATUSOFF, ESQ. for Sidney Kaufman, CHARLES E. DAVIDOW, ESQ. for Ivan F. Boesky, MATHIAS E. MONE, ESQ. for Drexel Burnham Lambert Incorp. and The Drexel Burnham Lambert Group, Inc., ALAN R. FRIEDMAN, ESQ.  for MAXXAM Group, Inc., et al., DAVID BERGER, ESQ. for Richard C. Goodwin, et al., GEORGE D. REYCRAFT, ESQ. for Arden Way Associates, et al., LOYD P. DERBY, ESQ. for Jefferies & Co., Inc. and Boyd Jefferies, TERRY M. GRIMM, ESQ. for Home Shopping Network, Inc. (rh) |
| 89/05/18 |  | WAIVERS OF ORAL ARGUMENT:  (Hearing on 5/18/89 in Wash., D.C.) -- IFB Managing Partnership, L.P., Robert A. Comfort, etc., Tile Workers Independent Union of America Welfare Benefit Plan, et al., Bankers Trust Co., David Brown, Kidder, Peabody & Co. Incorporated, Boesky & Kinder Partners, L.P., Richard James French, Seligmann, Harris & Co., Inc., Steven Posner, Martin A. Siegel, Ira B. Sokolow, Lowell J. Milken, Northview Corp., Fried, Frank, Harris, Shriver & Jacobsen, Stephen Fraidin, P.C., Stephen Fraidin, Oppenheim Appel Dixon & Co., CX Partners, L.P., Seemala Partners, L.P., Cary J. Maultasch, Beverly Hills Hotel Corp., The Ivan F. Boesky Corp. and Seema Boesky (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____  --  _____

| Date | ref. | Pleading Description |
|------|------|----------------------|
| 89/05/25 | | TRANSFER ORDER -- transferring C-19, 20, 22, 23, 25, 27, 28, 29, 30 and 32 (listed below) to the S.D. New York for pretrial proceedings pursuant to 28 U.S.C. [1407 -- Notified involved clerks, judges and counsel  (ds) |

C-22  William Fries, II, et al. v. Charles E. Hurwitz, et al., C.D. Cal., C.A. No. 88-3493 RMT

C-23  Don Jose Thompson, et al. v. Maxxam Group, Inc., et al., C.D. Cal., C.A. No. 88-06274 TJH

C-25  Sidney Kaufman, etc. v. Drexel Burnham Lambert, Inc., et al., S.D. Ohio, C.A. No. C-1-88-802

C-27  M.I. Glassman, etc. v. Drexel Burnham Lambert, Inc., et al., E.D. Pa., C.A. No. 88-6941

C-29  Charles Stephen Wallman, et al. v. Drexel Burnham Lambert, Inc., et al., E.D. Pa., C.A. No. 89-1398(JW)

C-30  Tile Workers Indepenient Union of America Welfare Benefit Plan, et al. v. Ivan F. Boesky, et al., E.D. Pa., C.A. No. 89-0435(EC)

C-28  Mary Quill v. Drexel Burnham Lambert, Inc., et al., W.D. Pa., C.A. No. 88-2229

XYZ-19  Charles Stephen Wallman, et al. v. Drexel Burnham Lambert Inc., et al., S.D. N.Y., C.A. No. 89-CIV-0510

XYZ-20  Matthew C. Budinko v. Ivan F. Boesky, et al., S.D. N.Y., C.A. No. 89-CIV-0845

C-32  Sadie Rubin, et al. v. Victor Posner, et al., D. Del., C.A. No. 87-378

| Date | ref. | Pleading Description |
|------|------|----------------------|
| 89/06/08 | 54 | **MOTION, MEMORANDUM, AND SCHEDULE OF ACTIONS** -- filed by Michael R. Milken for transfer of actions w/exhibits A thru G and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT:  S.D New York -- Notified involved counsel  (ds) |
| 89/06/14 | 55 | STIPULATION FOR DISMISSAL -- of **C-28** Mary Quill v. Drexel Burnham Lambert, Inc., et al., W.D. Pennsylvania, C.A. No. 88-2229 -- action dismissed by Judge Paul A. Simmons in  W.D. Pennsylvania (rh) |
| 89/06/14 | | ORDER -- **C-28** Mary Quill v. Drexel Burnham Lambert, Inc., et al., W.D. Pennsylvania, C.A. No. 88-2229 (action is VACATED) -- Notified involved judges, clerks and counsel (rh) |

JPML FORM 1A                            p. 9

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/06/15 | | HEARING ORDER -- Setting motion to transfer of C-33, C-34, and C-35 for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/28 | 56 | MEMORANDUM -- (to pldg. #54) Drexel Burnham Lambert Incorporated and Drexel Burnham Lambert Group Inc. -- w/cert. of svc. (rh) |
| 89/06/28 | 57 | RESPONSE/MEMORANDUM -- (to pldg. #54) Home Shopping Network, Inc. -- w/cert. of svc. (rh) |
| 89/06/28 | 58 | RESPONSE/MEMORANDUM -- (to pldg. #54) Wickes Companies, Inc. -- w/Extension of time to file Response/Memorandum (Response/Memorandum Filed on time no extension necessary) and cert. of svc. (rh) |
| 89/06/29 | 59 | RESPONSE (to pldg. #54) -- Class pltfs. Michael Asimow, David Grobow, Angelo Oriolo, etc., Donald M. Abramson and Richard C. Goodwin, et al. w/svc. (ds) |
| 89/06/29 | 60 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Michael R. Milken -- notified involved counsel (ds) |
| 89/07/10 | 61 | REPLY -- Michael R. Milken -- w/Exhibits A-C and cert. of svc. (rh) |
| 89/07/11 | 62 | RESPONSE -- (to pldg. #54) I. Walton Bader -- w/cert. of svc. (rh) |
| 89/07/19 | 63 | LETTER -- (response to pldg. #62) Drexel Burnham Lambert Incorporated and The Drexel Burnham Lambert Group, Inc. -- w/cert. of svc. (rh) |
| 89/07/21 | 64 | LETTER -- (response to pldg. #62) Michael R. Milken -- w/cert. of svc. (rh) |
| 89/07/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-39 Willia Fries, II, et al. v. Jefferies & Co., et al., C.D. California, C.A. No. CV88-06302-RMT(GMKx) -- Notified involved judges and counsel (cds) |

732

| | |
|---|---|
| 89/07/26 | HEARING APPEARANCES:   (Hearing on 7/27/89 in Seattle, Washington) -- MARTIN FLUMENBAUM, ESQ. for Michael R. Milken; MATHIAS E. MONE, ESQ. for Drexel Burnham Lambert Inc. and The Drexel Burnham Lambert Group, Inc.; DANIEL BERGER, ESQ. for Class Action Plaintffs; TIMOTHY J. RIVELLI, ESQ. OR CHALRES WACHTER, ESQ. for Home Shopping Network, Inc.; STEVEN A. MARENBERG, ESQ. for Wickes Companies, Inc. and BENEDICT BADER, ESQ. for Teacher's Retirement System of Louisiana (rh) |
| 89/07/26' | WAIVERS OF ORAL ARGUMENT:  (Hearing on 7/27/89 in Seattle, Washington) -- IFB Managing Partnership, L.P. Boyd L. Jefferies, Basic Resources International Limited, The Ivan F. Boesky Corp. Seema Boesky, The Beverly Hills Hotel Corp., Gert Von Marschner, Oppenheim, Appel, Dixon & Co., Martin A. Siegel, Bankers Trust Co., Northview Corp., Charles Stephen Wallman, et al., CX Partners, L.P., Seemala Partners, L.P., Jefferies & Co., Inc., Cary J. Maultasch, Richard Wigton, Arden Way Associates, et al., Boesky & Kinder Partners, L.P., Tile Workers Independnet Union of America Welfare Benefit Plan, et al., Ivan F. Boesky, Lowell J. Milken and Pamela Monzert (rh) |
| 89/08/10 | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- D-39 Willia Fries, II, et al. v. Jefferies & Co., et al., C.D. California, C.A. No. CV88-06302-RMT(GMKx) -- Notified involved judges and clerks  (cds) |
| 89/08/11 | TRANSFER ORDER -- transferring C-33 thru C-35 to the Southern District of New York for pretrial proceedings and assigning them to the Hon. Milton Pollack -- Notified involved clerks, judges and counsel  (ds) |
| 89/12/01 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-40 FMC Corporation v. Ivan F. Boesky, et al., N.D. Illinois, C.A. No. 86-C-9879 -- Notified involved counsel and judges (rh) |
| 89/12/11 | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-41 Stanwood A. Murphy, Jr., et al. v. Drexel Burnham Lambert, Inc., et al., N.D. California, C.A. No. C89-4189-JPV -- Notified involved counsel and judges (rh) |

*P. 11.*

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/12/15 | 65 | NOTICE OF OPPOSITION TO CTO -- FMC Corporation v. Ivan F. Boesky, et al., N.D. Ill., C.A. No. 86-C-9879 -- filed by FMC Corporation -- Notified involved counsel and judges. (ds) |
| 89/12/20 | 66 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION/BRIEF TO PLDG. #65 -- filed by FMC Corporation -- GRANTED to and including January 16, 1990 to FMC Corporation -- Notified involved counsel. (ds) |
| 89/12/26 | 67 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by plaintiffs in D-41 Stanwood A. Murphy, Jr., et al. v. Drexel Burnham Lambert, Inc., et al., N.D. California, C.A. No. C89-4189-JPV -- Notified involved counsel and judges (cds) |
| 90/01/10 | 68 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in D-41 Stanwood A. Murphy, Jr., et al. v. Drexel Burnham Lambert, Inc., et al., N.D. California, C.A. No. C89-4189-JPV (rh) |
| 90/01/16 | 69 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER, W/EXHIBITS A - J -- filed by pltf. in D-40 FMC Corp. v. Ivan F. Boesky, et al., N.D. Illinois, C.A. No. 86-C-9879 -- w/cert. of service (cds) |
| 90/01/30 | 70 | LETTER (new information regarding D-41 Murphy) -- signed by David B. Shontz, Esq. counsel for deft. Drexel Burnham Lambert Inc. -- w/cert. of service (cds) |
| 90/01/31 | 71 | LETTER -- (to pldg. #69) Signed by Kay K. Gardiner counsel for U.S. Department of Justice in S.D. New York -- dated January 29, 1990 -- w/cert. of svc. (rh) |
| 90/02/02 | 72 | RESPONSE (to pldg. #69) -- deft. Ivan F. Boesky -- w/Exhibits 1 and 2 (cds) |
| 90/02/05 | 73 | LETTER/RESPONSE (to pldg. #69) -- signed by John L. Warden, Esq., counsel for deft. Goldman, Saches & Co. -- w/cert of service (cds) |
| 90/02/05 | 74 | RESPONSE (to pldg. #69) -- defts. CX Partners, L.P. (f/k/a Ivan F. Boesky & Co., L.P.) and Seemala Partners, L.P. -- w/Exhibits A and B and cert. of service (cds) |
| 90/02/08 | 75 | LETTER/RESPONSE (to pldg. #69) -- deft. BH Liquidating Corp. a/k/a Beverly Hills Hotel Corp. and The Ivan Boesky Corp. -- w/cert. of service (cds) |
| ~~90/04/05~~ | | ~~TRANSFER ORDER -- Transferring D-40 FMC Corporation v. Ivan Boesky, et al., N.D. Illinois, C.A. No. 86-C-9879 -- notified involved judges, clerks and counsel (cds)~~ *see reverse* |

a.12

732

90/02/14        HEARING QEGHE ++ pisshad nqqnphshna sn setapuie nu G+56 tab
                G+53 une Ktaic fitehad ha Ttcs Utzi :hsw. Ystf na Bterf 4$.
                3$$6  @rbp(

$6!64!35        :ILGDODILRU OERLTAHE IEGHE ADUHG OIGRQ ++ G+54  Ahatarhtc
                :neqnetshna nu Ttast Cteotet. is tcZ xZ Geilic Ckeaftv
                Utvoies. DarZ. is tcZ. :ZGZ :tchuneaht. :ZRZ LnZ
                -$+7$-9+NUN@;El( ++ Lnshuhib haxncxib rnkapic tab gkbdip @ef(

90/02/14        HEARING ORDER -- setting opposition to transfer of D-40 and
                D-41 for Panel hearing in Salt Lake City, Utah on March 29,
                1990  (cds)

90/02/14        CONDITIONAL TRANSFER ORDER FILED TODAY -- D-42  Financial
                Corporation of Santa Barbara, et al. v. Drexel Burnham
                Lambert, Inc., et al., C.D. California, C.A. No.
                89-5987-HLH(JRx) -- Notified involved counsel and judges (rh)

90/02/15    76  LETTER -- signed by David B. Shontz, Esq. counsel for Drexel
                Burnham Lambert Inc. (information regarding D-41 that action
                is dismiss) -- w/Stipulation for Dismissal Order and cert. of
                svc. (rh)

90/02/15        ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING
                HEARING -- D-41 Stanwood A. Murphy, Jr., et al. v. Drexel
                Burnham Lambert, Inc., et al., N.D. Cal., C.A. No.
                C89-4189-JPV -- Notified involved counsel, judges and clerks
                (rh)

90/03/02    77  JOINDER IN RESPONSE (joining pldg. #72) (re pldg. #69) --
                deft. David Brown - w/cert. of service  (cds)
90/03/02        CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-42 Financial
                Corp. of Santa Barbara, et al. v. Drexel Burnham Lambert,
                Inc., et al., C.D. California, C.A. No. #89-5987-HLH(JRx) --
                notified involved judges and clerks  (cds)

90/03/28        HEARING APPEARANCES FOR 3/29/90 HEARING, SALT LAKE CITY,
                UTAH:  RICHARD T. FRANCH, ESQ. for FMC Corp.;  CHARLES E.
                DAVIDOW, ESQ. for Ivan F. Boesky  (cds)
90/03/28        WAIVERS OF ORAL ARGUMENT FOR 3/29/90 HEARING:  Goldman, Sachs
                & Co.;  Drexel Burnham Lambert, Inc.;  Class Action
                Plaintiffs;  Arden Way Associates, et al.;  Michael R.
                Milken;  Oppenheim, Appel, Dixon & Co.;  Stanwood A. Murphy,
                Jr.; Charles Wallman, et al.;  The Ivan F. Boesky Corp., et
                al.  (cds)
90/04/05        TRANSFER ORDER -- Transferring D-40 FMC Corporation v. Ivan
                Boesky, et al., N.D. Illinois, C.A. No. 86-C-9879 -- notified
                involved judges, clerks and counsel  (cds)

Pg 13

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/08/08 | 78 | MOTION/MEMORANDUM AND SCHEDULE -- Defendant Micheal Milken for transfer of D-43 Victoria A. Shaev, et al. v. Fred Carr, et al., C.D. Cal., C.A. No. CV-89-7135 -- w/exhibits A thru C and cert. of svc. (sg) |
| 90/08/10 | 79 | MOTION/MEMORANDUM AND SCHEDULE -- Defendant Micheal Milken for transfer of D-44 Arthur B. Harris, et al. v. Philip R. Brinkerhoff, et al., C.D. Cal., C.A. No. CV-90-3100 -- w/exhibits A thru D and cert. of svc. (sg) |
| 90/08/22 | | HEARING ORDER -- setting motion of Michael R. Milken for transfer of D-43 and D-44 for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/08/27 | 80 | SUPPLEMENTAL SVC. OF MOTION/BRIEF (pldg. #78) ON COUNSEL FOR KIDDER PEABODY -- deft. MICHAEL MILKEN (pldg. #78) w/svc. (ds) |
| 90/08/28 | 81 | RESPONSE/MEMORANDUM (to pldg. #78) -- Plaintiffs First Executive Shareholder -- W/Cert. of Svc. (sg) |
| 90/08/28 | 82 | RESPONSE/MEMORANDUM (to pldg. #78) -- Defendants Norman Barker, Jr., Warren G. Bennis, Steven G. Bing, Alexander G. Handschumacher, E. Benjamin Nelson and George I. Rosenthal -- W/Cert. of Svc. (sg) |
| 90/08/28 | 83 | RESPONSE/MEMORANDUM (to pldg. #78) -- Defendants Kidder, Peabody & Co. Incorporated -- W/Cert of Svc. (sg) |
| 90/08/28 | 84 | RESPONSE/MEMORANDUM (to pldg. #78) -- Defendant James O. Cox -- W/Cert of Svc. (sg) |
| 90/08/28 | 85 | RESPONSE/MEMORANDUM (to pldg. #78) -- Defendant First Executive Corporation, Fred Carr and Merle Horst -- W/Cert of Svc. (sg) |
| 90/08/28 | 86 | RESPONSE/MEMORANDUM (to pldg. #78) -- Plaintiffs Class Action -- W/Cert of Svc. (sg) |
| 90/08/30 | 87 | RESPONSE/MEMORANDUM (to pldg. #79) -- Pltfs (D-44) Arthur B. Harris, et al. -- w/cert of svc. (sg) |
| 90/08/30 | 88 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY (to pldg. #85) -- deft. Micheal R. Milken -- Extension of time granted to and including 9/11/90 for Milken to file reply to First Executive motion responses -- Notified involved counsel (sg) |
| 90/08/31 | 89 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY to (pldg. #79) -- deft. Michael R. Milken -- Extension of time granted to and including 9/11/90 for Milken to file reply to Harris motion responses -- Notified involved counsel (sg) |

P·14

| | | |
|---|---|---|
| 90/09/12 | 90 | REPLY MEMORANDUM (to pldg. #78) -- Michael Milken w/exhibits A thru C and cert. of svc.  (ds) |
| 90/09/12 | 91 | REPLY MEMORANDUM (to pldg. #79) -- Michael Milken w/exhibits 1 and 2 and cert. of svc.  (ds) |
| 90/09/18 | 92 | RESPONSE (to pldgs. #'s 78 & 79) -- Class Actions Plaintiffs w/exhibits A and B and cert. of svc.  (ds) |
| 90/09/27 | 93 | LETTER/SUPPLEMENTAL INFORMATION -- deft. Michael Milken -- w/Exhibits 1 - 5 -- w/cert. of service  (cds) |
| 90/09/28 | 94 | LETTER -- (Supplemental Information) Michael Milken -- w/cert. of svc. (rh) |
| 90/10/02 | 95 | LETTER -- (Supplemental Information) Michael Milken -- w/cert. of svc. (rh) |
| 90/10/03 | 96 | LETTER -- (Response to pldgs# 93 & 95) Class Actions Plaintiffs -- w/cert. of svc. (rh) |
| 90/10/05 | | HEARING APPEARANCES FOR 10/05/90 HEARING, SAN FRANCISCO, CALIFORNIA -- MARK A. BELNICK, ESQ. for Michael R. Milken ; STANLEY M. GROSSMAN, ESQ. for First Executive Corporation Shareholder Plaintiffs; WILLIAM J. MEESKE, ESQ. for First Executive Corporation, Fred Carr and Merle A. Horst; MICHAEL R. DOYEN, ESQ. for James O. Cox III; SETH ARONSON, ESQ. for Norman Barker, Jr., Warren E. Bennis, Steven B. Bing, Albert Handschumacher, E. Benjamin Nelson and George I. Rosenthal; WILLIAM S. LERACH, ESQ. for Arthur B. Harris, Sarah Shields, the United Metal and Machine Health and Welfare Fund, and the United Wire Metal and Machine Pension Fund  (sg) |
| 90/10/05 | | WAIVER OF ORAL ARGUMENT FOR 10/05/90 HEARING -- Kidder, Peabody & Co. Incorporated; Class Action Plaintiffs in MDL-732; Lori Milken; Plaintiffs in the Arden Way Associates, et al., v. Ivan F. Boesky, et al action; Defendant Bruce Newberg; Seema Boesky, Ivan F. Boesky Corporation, IFB Managing Partners, Beverly Hills Hotel Corp, IFB Management Corp, Seemala Corporation; Touche Ross; Oppenheim, Appel, Dixon & Co. (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 --   _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/10/11 | | ORDER DENYING TRANSFER -- (D-43) Victoria A. Shaev, et al. v. Fred Carr, et al., C.D. California, C.A. No. CV89-7135 -- (D-44) Arthur B. Harris, et al. v. Phillip R. Brinkerhoff, et al., C.D. California, C.A. No. CV90-3100-TJH (Bx) -- Notified involved counsel, miscellaneous recipients, clerks and judges (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 732 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re Ivan F. Boesky Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 23, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 5, 1987 | TO | Unpublished | S.D., New York | Milton Pollack | |
| | | | | *20 8* | | |

*M-21-45*

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Hon. Milton Pollack
S.D. New York
8/5/87

DOCKET NO. _732_ -- In re Ivan F. Boesky Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Arden Way Associates, et al. v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 87 Civ. 1865 (MP) | | | 5/1/95D still open | |
| A-2 | Michael Asimow, etc. v. Kidder Peabody & Co., Inc., et al. | N.Y.,S. Pollack | 87 Civ. 1365 (MP) | | | | |
| A-3 | Farnsworth and Hastings Limited, et al. v. Ivan F. Boesky, et al. | N.Y.,S. Cedarbaum | 87 Civ. 1892 (MCC) (CM8) | | | 9/30/91D | |
| A-4 | Richard James French, etc. v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 86 Civ. 9102 (MP) | | | | |
| A-5 | Keith Garber v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 86 Civ. 9010 (MP) | | | 4/13/82D | |
| A-6 | Richard C. Goodwin, et al. v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 86 Civ. 9032 (MP) | | | | |
| A-7 | David Grobow v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 86 Civ. 9013 (MP) | | | | |
| A-8 | Guinness Enterprises, Inc., etc. v. Ivan F. Boesky, et al. | N.Y.,S. Pollack | 87 Civ. 1898 (MP) | | | 9/30/91D | |
| A-9 | Isabel Sperber, et al. v. Ivan F. Boesky | N.Y.,S. Pollack Goetel | 86 Civ. 9232 (MP) | T. TRANSF. TO J. GOETEL | | 11/9/87 | prior to transfer |
| A-10 | Continental Arbitrage Corporation, et al. v. Robert M. Wilkis, et al. | Cal.,N. Patel | C-87-0738 | 8-5-87 | 87-5747 | | |
| A-11 | Charles F. Taplin, etc. v. Kidder Peabody & Co., Inc., et al. | Cal.,C. Pfaelzer Marshall | CV-87-1745 (MP) (CBm) | 8-5-87 | 87-5748 | | |

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | Donald M. Abramson v. Kidder Peabody & Co., Inc., et al. | S.D.N.Y. Pollack | 87-Civ-2480 (MP) | | | | #9 adds |
| A-13 | Robert A. Comfort, etc. v. Kidder Peabody & Co., Inc., et al. | C.D.Cal. Marshall | CV-87-00985 | 8/5/87 | 87-5749 | | #9 adds |
| A-14 | Eugena Kubas, etc. v. Robert M. Wilkis, et al. | S.D.N.Y. Pollack | 87-Civ-2783 (MP) | | | | #9 adds |
| XYZ-15 | Angelo Oriolo, etc. v. Ivan Boesky, et al. | S.D.N.Y. | 86-8937 | | | 5/11/88 | |
| XYZ-16 | Fairisle Consultants Ltd. v. Ivan F. Boesky & Co., et al. | S.D.N.Y. | 87 Civ 4778 | | | | |
| B-17 | Richard Mader, et al. v. Martin A. Siegel, et al. 11/9/87 | N.D.Cal. Schwarzer | C87-5021 WWS | 11/25/87 | 87-8707-MP | | |
| B-18 | Craig A. Resnick v. Robert M. Freeman, et al. 11-19-87 | N.D.Cal Weigel | C-87-5003 SAW | 12.3.87 | 87-8706-MP | | |
| | July 1988 - 5 TR/12 XYZ/1 Dis/16 Pending | | | | | | |
| XYZ-19 | Charles Stephen Wallman, et al. v. Drexel Burnham Lambert Inc., et al. | S.D.N.Y. | 89 Civ 510 | | | | |
| XYZ-20 | Matthew C. Budinko v. Ivan F. Boesky, et al. | S.D.N.Y. | 89 Civ 845 | | | | |
| XYZ-21 | Securities and Exchange Commission v. Drexel Burnham Lambert, Inc., et al. | S.D.N.Y. | 88 Civ 6209 | | | | |
| C-22 | William Fries, II, et al. v. Charles E. Hurwitz, et al. | Cal.,C. Takasugi | 88-3493 RMI | 5/25/89 | 89-3782 | | |

DOCKET NO. 732 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-23 | Don Jose Thompson, et al. v. Maxxam Group, Inc., et al. | Cal.,C. Hatter | 88-06274 TJH | 5/25/89 | 89-3783 | | |
| C-24 | Charles Stephen Wallman, et al. v. Drexel Burnham Lambert Inc., et al. | N.Y.,S. Pollack | 89-CV-0510 | 5/25/89 | | | |
| C-25 | Sidney Kaufman, etc. v. Drexel Burnham Lambert, Inc., et al. | Ohio,S. Rubin | L-1-88-802 | 5/25/89 | 89-3784 | 5/21/90 D | |
| C-26 | David Stotland, et al. v. Drexel Burnham Lambert, Inc., et al. | Pa.,E. | 88-7198 | | | | closed 2/13/89 |
| C-27 | M.I. Glassman, etc. v. Drexel Burnham Lambert, Inc., et al. | Pa.,E. Waldman | 88-6941 | 5/25/89 | 89-3785 | 5/31/90 D | |
| C-28 | Mary Quill v. Drexel Burnham Lambert, Inc., et al. | Pa.,W. Simmons | 88-2229 | 5/25/89 | 89-3788 | 6/14/89 D | VACATED - COURT AS DISC DIS'D IN WDS - 6/14/89 |
| C-29 | Charles Stephen Wallman, et al. v. Drexel Burnham Lambert, Inc., et al. | Pa.,E. Waldman | 89-1398(JW) | 5/25/89 | 89-3786 | | |
| C-30 | Tile Workers Independent Union of America Welfare Benefit Plan, et al. v. Ivan F. Boesky, et al. | Pa.,E. Cahn | 89-0435(EC) | 5/25/89 | 89-3787 | 5/21/90 D | |
| C-31 | Matthew C. Budirko v. Ivan F. Boesky, et al. | Pa.,E. Pollack | 89-CV-0848 | 5/26/89 | | | |

JBML FORM 1 -- Continuation ®                                    Listing of Involved Actions -- p. 4

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-32 | Sadie Rubin et al. v. Victor Posner, et al. *July 1989 - 8 TR/ 3 X42 /27 Pending* | D.Del. Farnan | 87-378 | 5/20/89 | 89-3189 | Closed | |
| C-33 | Gert Von Marschner v. Drexel Burnham Lambert, et al. | C.D.Cal. Gray | 88-04465 WPG | 8/11/89 | 89-5754 | | |
| C-34 | Home Shopping Network, Inc. v. Drexel Burnham Lambert International Limited, et al. | M.D.Fla. Castagna | 88-532-CIV-T-15B | 8/11/89 | 89-5755 | | |
| C-35 | Teachers Retirement System of Louisiana v. Drexel Burnham Lambert Incorporated, et al. | C.D.Cal. Kenyon | CV-89-2233-KN | 8/11/89 | 89-5756 | Closed 4/7/93 | Motion filed 6/8/89 |
| XYZ-36 | Kidder Peabody & Co., Inc. v. Maxus Energy Corp., et al. | N.Y.,S. | 87-8308 | | | 4/1/92 5/11/88 | |
| XYZ-37 | Roy Burlew, etc. v. Ivan F. Boesky, et | N.Y.,S. | 87-6466 | | | | |
| XYZ-38 | Janis C. Munningloff v. Ivan F. Boesky, et al. | N.Y.,S. | 87-8884 | | | | |
| D-39 | William Fries, II, et al. v. Jefferies & Company, et al. *7/25/89* | Cal.,C. Takasugi | CV88-06302-RMT(GMKx) | 8/10/89 | -5567 NP Closed | | |
| D-40 | FMC Corporation v. Ivan F. Boesky, et al. *12-1-89 Opposed 12/15/89* | N.D.Ill. Williams | 86-C-9879 | 4/5/90 | 90-2472 | 12/18/90 | |
| D-41 | Stanwood A. Murphy, Jr., et al. v. Drexel Burnham Lambert, Inc., et al. *12-11-89 opposed 12/26/89* | N.D.Cal Vukasin | C89-4189-JPV | No Cal C7 | | | |
| D-42 | Financial Corporation of Santa Barbara, et al. v. Drexel Burnham Lambert, Inc., et al. *2-14-90 July 1990 - 6 TR/* | C.D.Cal. Hupp | 89-5987-HLH (JRx) | 3/2/90 | 90-1516 MP | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-43 | Victoria A. Shaev, et al. v. Fred Carr, et al. | C.D. Cal Davies | CV 89-[...] | *Denied Transfer* | | | *motion filed on 8/8/90* |
| D-44 | Arthur B. Harris, et al. v. Philip R. Brinkerhoff, et al. | C.D. Cal Hatter | CV90-3100-DH (Bx) | *Denied Transfer* | | | *motion filed on 8/10/90* |

*[handwritten: ...]*
*[handwritten: July 1992 - 14 Dism'd. / 21 Pending]*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 __ ___ IN RE IVAN F. BOESKY SECURITIES LITIGATION

Counsel appointed by J. Pollack's Order filed in S.D.N.Y. on 7/10/89

**LEAD/LIAISON COUNSEL FOR PLAINTIFFS**
**IN THE NON-CLASS ACTIONS**

Geroge D. Reycraft, Esquire
Cadwalder, Wickersham & Taft
100 Maiden Lane
New York, New YOrk  10038

Thomas C. Newkirk, Esquire
Securities & Exchange Commission
450 Fifth St., N.W.
Washington, D.C.  20549

**LEAD/LIAISON COUNSEL FOR PLAINTIFFS**
**IN THE CLASS ACTIONS**

Stanley Nemser, Esquire
Wolf, Popper, Ross, Wolf & ~~Jones~~
845 Third Avenue
New York, New york  10022

David Berger, Esquire
Berger & Mongague, P.C.
1622 Locust Street
Philadelphia, Pa.  19103

**LIAISON COUNSEL FOR DEFENDANTS**

Gerorge Wailand, Esquire
Leslie Kazon, Esquire
Cahill, Gordon & REindel
80 Pine Street
New York, New York  10005

Franklin B. Velle, Esquire
Christy & Viener
620 Fifth Avenue
New York, N.Y.  10020

Robert F. Wise, Jr,, Esuire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, N.Y.  10005

Ellen R. Nedler, Esquire
Kramer, Levin, Nessen, Kamin & Frankel
919 Third Avenue
New York, N.Y.  10022

James LaRossa, Esquire
La Rossa, Mitchell & Ross
41 Madison Avenue
New York, N.Y.  10010

Martin Flumenbaum, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison
1285 Avenue of the Americas
New YOrk, New York  10019

Richard Cohen, Esquire
Spengler, Carlson, Gubar,
  Broadsky & Frischling
520 Madison Avenue
New York, N.Y. 10022

Marvin G. Pickholz, Esq.
Stroock & Stroock & Lavan
1150 17th St., N.W., #600
~~New York, New York  20036~~
Washington, DC  20036



JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 732   --   IN RE IVAN F. BOESKY SECURITIES LITIGATION

Defendant's Liaison (continued)

Theodore N. Mirvis, Esquire
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10071

ADDITIONAL LIAISON COUNSEL FOR DEFENDANTS
Eric Klein, Esq.
Rosen & Reade
757 Third Avenue
New York, New York  ]00]7

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 732 -- In re Ivan F. Boesky Securities Litigation        p. 1

---

REVISED - APRIL 3, 1989

ARDEN WAY ASSOCIATES, ET AL. (A-1)
George D. Reycraft, Esquire
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, New York  10038

JOSEPH S. DRESNER; MILTON H. DRESNER
(pltfs. as Trustee in A-1)
Bruce S. Kaplan, Esquire
Friedman & Kaplan
150 East 52nd Street
New York, N.Y. 10022

MICHAEL ASIMOW (A-2)
DAVID GROBOW (A-7)
ANGELO ORIOLO, ETC. (XYZ-15)
Stanley Nemser, Esquire
Ellen T. Chapnick, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York  10022

FARNSWORTH AND HASTINGS LIMITED,
ET AL. (A-3)
Robert J. Geniesse, Esq.
Eric D. Roiter, Esquire
Debevoise & Plimpton
875 Third Avenue
New York, New York  10022

RICHARD JAMES FRENCH, ETC. (A-4)
Herbert E. Milstein, Esq.
Cohen, Milstein & Hausfeld
1401 New York Avenue, N.W., #600
Washington, D.C.  20005

LIAISON COUNSEL IN CLASS ACTIONS
DONALD M. ABRAMSON (A-12)
RICHARD C. GOODWIN, ET AL. (A-6)
David Berger, Esquire

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

GUINNESS ENTERPRISES, INC. f/k/a
GUINNESS AMERICA, INC. (A-8)
Richard J. Wertheimer, Esquire
Arnold & Porter
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036

CONTINENTAL ARBITRAGE CORP.,
ET AL. (A-10)
Donald E. Schlotz, Esquire
Armour, St. John, Wilcox, Goodin
& Schlotz
505 Sansome Street, 9th Floor
San Francisco, California  94111

CHARLES F. TAPLIN, ETC. (A-11)
Ernest T. Kaufman, Esquire
Kaufman, Malchman, Kaufman & Kirby
2049 Century Park East, Suite 1100
Los Angeles, California  90067

ROBERT A. COMFORT, ETC. (A-13)
Jack Corinblit, Esquire
Marc M. Seltzer, Esquire
Corinblit & Seltzer
3700 Wilshire Boulevard
Suite 82
Los Angeles, California 90010

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __732__ -- In re Ivan F. Boesky Securities Litigation

EUGENA KUBAS, ETC. (C-14)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
One Haverford Center
360 Landcaster Avenue
Haverford, Pennsylvania  19041

CRAIG A. RESNICK (B-18)
RICHARD MADER, ET AL. (B-17)
Donald E. Schlotz, Esquire
Armour, St. John, Wilcox,
   Goodin & Schlotz
(previously listed)

CHARLES S. WALLMAN ET AL. (XYZ-19)/(C-29)
Vladeck, Waldman, Elias &
   Engelhard, P.C.
1501 Broadway
New York, N.Y. 10036

Charles Barnhill, Esquire
Davis, Barnhill & Galland, P.C.
44 East Mifflin
Suite 803
Madison, WI 53703

MATTHEW C. BUDINKO (XYZ-20)/(C-31)
Wolf, Poper, Ross, Rolf & Jones
(previously listed)

SECURITIES & EXCHANGE COMMISSION (XYZ-21)
Thomas C. Newkirk, Esquire
Securities & Exchange Commission
450 Fifth St., N.W.
Washington, D.C. 20549

IVAN F. BOESKY
Charles E. Davidow, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420

IVAN F. BOESKY & COMPANY, L.P.
SEEMALA PARTNERS, L.P.
Mitchell H. Kaplan, Esquire
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Massachusetts  02109

Mark Goldstein, Esquire
Squadron, Ellenoff, Plesent
   & Lehrer
551 Fifth Avenue
New York, NY 10017

BOESKY & KINDER PARTNERS, L.P.
Harry Frischer, Esquire
Stein, Zauderer, Ellenhorn,
   Frischer & Sharp
45 Rockefeller Plaza
New York, New York  10111

IFB MANAGING PARTNERSHIP, L.P.
Stacey E. Elias, Esq.
Spengler, Carlson, Gubar
   Brodsky & Frischling
520 Madison Avenue
New York, New York  10022
IFB MANAGEMENT CORP.
Colton, Hartnick, Yamin
   & Sheresky
79 Madison Avenue
New York, NY 10017

DREXEL BURBNHAM LAMBERT INC.
George Wailand, Esquire
Leslie Kazon, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York  10005

DENNIS B. LEVINE
Martin Flumenbaum, Esquire
Paul, Weiss, Rifkind, Wharton
   & Garrison
1285 Avenue of the Americas
New York, New York  10019

INTERNATIONAL GOLD, INC.
DIAMOND HOLDINGS, S.A.
Paul, Weiss, Rifkind, Wharton
   & Garrison
(previously listed)

MARTIN A. SIEGEL
Jed S. Rakoff, Esquire
Audrey Strauss, Esquire
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, New York  10004

Case MDL No. 732   Document 97   Filed 06/11/15   Page 26 of 38

DOCKET NO. __732__ -- In re Ivan F. Boesky Securities Litigation

---

FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN
STEPHEN FRAIDIN, P.C.
STEPHEN FRAIDIN
Robert F. Wise, Jr., Esquire
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York  10005

SELIGMANN, HARRIS & CO., INC.
Jeffrey H. Kaplin, Esquire
Stanley S. Arkin, P.C.
600 Third Avenue
New York, N.Y.  10016

KIDDER, PEABODY & CO., INC.
Ellen R. Nadler, Esquire
Kramer, Levin, Nessen, Kamin & Frankel
919 Third Avenue
New York, New York  10022

GOLDMAN, SACHS & CO.
Theodore N. Mirvis, Esquire
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10171

ROBERT M. FREEMAN
Myron Kirschbaum, Esquire
Kay, Scholer, Fierman,
   Hays & Handler
425 Park Avenue
New York, New York  10022

RICHARD B. WIGTON
Robert J. Hausen, Esquire
Stanley S. Arkin, Esquire
600 Third Avenue
New York, New York  10016

TIMOTHY L. TABOR
Maurice M. McDermott, Esq.
Andrew M. Lawler, Esq.
220 East 42nd Street
New York, New York  10017

LOWELL J. MILKEN
Michael Armstrong, Esq.
Lord, Day, Lord, Barrett & Smith
1675 Broadway
New York, New York  10004

BEVERLY HILLS HOTEL; IVAN F. BOESKY
CORP; SEEMA BOESKY
Richard Cohen, Esquire
Spengler, Carlson, Gubar,
   Brodsky & Frischling
520 Madison Avenue
New York, NY  10017/10022

SEEMALA CORPORATION
Colton, Hartnick, Yamin & Sheresky
79 Madison Avenuye
New York, NY 10016

CAMBRIAN & GENERAL SECURITIES, P.L.C.
FARNSWORTH & HASTINGS LIMITED
Robert J. Geniesse, Esquire
Debevoise & Plimpton
(previously listed)

NORTHVIEW CORPORATION
Derek W. Hunt, Esquire
Troy, Casden & Gould
1801 Century Park East, Suite 1600
Los Angeles, California  90067

ROBERT M. WILKIS
ROBERT M. WILKIS, PRO SE
321 West 78th Street
New York, New York  10024

IRA B. SOKOLOW
Eliot Lauer, Esquire
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, New York  10178

DAVID S. BROWN
Brian Maas, Esq.
Beldock Levine & Hoffman
99 Park Avenue
New York, NY  10016-1502

OPPENHEIM APPEL DIXON & CO.
Marvin G. Pickholz, Esquire
Edward B. Horahan, III, Esquire
Stroock & Stroock & Lavan
1150 17th Street, N.W., #600
Washington, D.C.  20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. _732___ -- In re Ivan F. Boesky Securities Litigation

Unable to determine address or counsel
GENERAL FOODS CORP.
GENERAL FOODS CORP. CALL OPTIONS
RANDALL P. CECOLA

LAZARD FRERES & CO.
Paul K. Rowe, Esquire
Wachtel, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10171

BERNHARD MEIER
Bernhard Meier
Brandisstrasses 35
Ch - 8702
Zillikon, Switzerland

FRIEDMAN & KAPLAN
Bruce S. Kaplan, Esquire
150 East 52nd Street
New York, NY  10022

Additional Attorneys listed on New York,
 Southern Counsel List

Reid Weingarten, Esq.
Steptoe & Johnson
1330 Connecticut Ave., N.W.
Washington, D.C. 20036

Goodman, Phillips & Vineberg
350 Park Avenue
14th Floor
New York, NY  10022

LIAISON COUNSEL
Peter E. Calamari, Esquire
Hertzog, Calamari & Gleason
100 Park Avenue
New York, NY  10017

John Carroll, Esquire
Asst. U.S. Attorney
One St. Andrew's Plaza
New York, New York  10007

Aubrey Harwell, Esquire
Neal & Harwell
150 Fourth Avenue Noth
Nashville, TN  32719

James LaRossa, Esq.
LaRossa, Mitchell & Ross
41 Madison Avenue
New York, NY  10010

Franklin B. Velie, Esquire
Christy & Viener
620 Fifth Avenue
New York, NY  10020

Securities & Exchange Commission
450 Fifth Street N.W.
Washington, D.C.  20549

Securities and Exchange Commission
26 Federal Plaza, Room 1028
New York, NY  10278

Peter Fleming, Esquire
Curtis Mllet
101 Park Avenue
New York, NY  10178

VICTOR POSNER
PENNSYLVANIA ENGINEERING CORP.
Vincent J. Fuller, Esquire
Williams & Connolly
839 17th Street, N.W.
Washington, D.C. 20006

CHARLES E. HURWITZ
FEDERATED DEVELOPMENT CO.
MAXXAM GROUP DEVELOPMENT CO.
MAXXAM PROPERTIES, INC.
MCO PROPERTIES
MCO HOLDINGS, INC.
MXM CORP. (MAINE)
PACIFIC LUMBIER HOLDINGS, INC.
Alan R. Friedman, Esquire
Kramer, Levin, Nessin, Kamin
 & Frankel
919 Third Avenue
New York, New York  10022

PACIFIC LUMBER COMPANY
Marvin E. Frankel, Esquire
Kramer, Levin, Nessin, Kamin
 & Frankel
919 Third Avenue
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. ___732___ -- In re Ivan F. Boesky Securities Litigation

FAIR ISLE CONSULTANTS LIMITED
Joseph S. Kaplan, Esquire
Ross & Hardies
529 Fifth Avenue
New York, NY 10017

WILLIAM FRIES, II, ET AL. (C-22)
John W. Allured, Esquire
David B. Gold Law Firm
595 Market Street, Suite 2300
San Francisco, CA 94105

DON JOSE THOMPSON, ET AL. (C-23)
William G. Bertain, Esquire
Attorney at Law
411 "J" Street, Suite 8
Eureka, CA 95501

SIDNEY KAUFMAN, ETC. (C-25)
Robert B. Matusoff, Esquire
Gene Mesh & Associates
3133 Burnet Avenue
P.O. Box 219073
Cincinnati, OH 45229

DAVID STOTLAND, ET AL.(C-26)
    -- Case Dismissed --

M.I. GLASSMAN (C-27)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
(previously listed (A-14)

MARY QUILL (C-28)
Howard A. Specter, Esquire
Specter Law Offices, P.C.
2230 Grant Building
Pittsburgh, Pa. 15219

CHARLES STEPHEN WALLMAN ET AL.
(XYZ-19)/(C-29) (see page 2)

TILE WORKERS INDEPENDENT UNION OF
AMERICA WELFARE BENEFIT PLAN (C-30)
Arnold Levin, Esquire
Levin & Fishbein
320 Walnut Street, Suite 600
Philadelphia, Pa 19103

Edward Rubin, Esquire
Hamburg, Rubin, Mullin & Maxwell
800 East Main Street
P.O. Box 1479
Lansdale, Pa 19446-3098

MATTHEW C. BUDINKO (C-31)/(XYZ-20)
(see page 2)

DREXEL BURNHAM LAMBERT, INC.
Cahill, Gordon & Reindel
(previously listed)

Dawn Schock, Esquire
Scott Pratt, Esquire
Keesal, Young & Logan
Catalina landing
310 Golden Shore
Long Beach, CA 90801-1730

MICHAEL R. MILKEN
Steven B. Rosenfeld, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

BEVERLY HILLS HOTEL CORP.
IVAN BOESKY CORP.
Spengler, Carlson, Gubar
  Brodsky & Frischling
(previously listed)

Marc Marmaro, Esquire
Susan Allison, Equire
Jeffer, Mangels & Butler
2121 Avenue of the Stars
Los Angeles, CA 90067

IVAN F. BOESKY
Wilmer, Cutler, Pickering
(previously listed)

Peter Diedrich, Esquire
Petit & Martin
355 S. Grand Avenue
33rd Floor
Los Angeles, CA 90071

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. ___732___ -- In re Ivan F. Boesky Securities Litigation

---

MARY E. LANIGAR
GENE G. ELAM
EDWARD M. CARPTENTER
ROBERT B. HOOVER
JOHN B. BATES
STANLEY T. SKINNER
MICHAEL F. COYNE
MICHAEL P. HOLLERN
CHARLES V. MORAN
Timothy E. Carr, Esquire
Carr & Mussman
Three Embarcadero Center
Suite 1060
San Francisco, CA 94111

JEFFRIES & COMPANY
Loyd P. Derby, Esquire
Morgan, Lewis & Bockius
22nd Floor, 801 S. Grand Avenue
Los Angeles, CA 90017-3189

BOYD JEFFERIES
Ronald L. Ripley, Esquire
Linn & Helms
1200 Bank of Oklahoma Plaza
Oklahoma City, OK 73102

SADIE RUBIN, ET AL. (C-32)
Jeffrey S. Goddess, Esq.
Saul, Ewing, Remick & Saul
222 Delaware Avenue
P.O. Box 1266
Wilmington, Delaware 19899

GERT VON MARSCHNER (C-33)
Gert Von Marschner
1818 South Flower Street
Los Angeles, CA 90015

BASIC RESOURCES INTERNATIONAL (Deft. in C-33)
Edward D. Statium, Esq.
Alan D. Hamilton, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Embarcadero Center, Suite 3750
San Francisco, CA 94111

THOMAS CHARLES FISHER
LEWIS KAIRYS
LEON BOESKY   (Defts. in C-33)
Unable to Determine Counsel or Address

HOME SHOPPING NETWORK, INC. (C-34)
W. Donald Cox, Esq.
Fowler, White, Gillen, Boggs,
  Villareal & Banker
P.O. Box 1438
Tampa, FL 33601

Charles Wachter, Esq.
Home Shopping Network, Inc.
12000 25th Court North
St. Petersburg, FL 33716

DREXEL BURNHAM LAMBERT INTERNATIONAL LIMITED (Deft. in C-34)
Michael A. Piscitelli, Esq.
Stagg, Hardy & Yerrid
One Tampa City Center
Suite 2600
Tampa, FL 33602

Steven Younger, Esq.
Patterson, Belknap, Webb & Tyler
30 Rockefeller Plaza
New York, New York 10112

BANKERS TRUST COMPANY (Deft. in C-34)
Laura Houget, Esq.
White & Case
1155 Avenue of the Americas
New York, New York 10036

Michael S. Hooker, Esq.
Glenn, Rasmussen, Fogarty, Marryday
  & Russo
P.O. Box 333
Tampa, FL 10036

ALLEN ROSENTHAL
JOEL L. GOLD   (Defts. in C-34)
Michael A. Piscitelli, Esq.
(Already Listed above)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___7___

DOCKET NO. __732__ -- In re Ivan F. Boesky Securities Litigation

---

TEACHERS RETIREMENT SYSTEM OF LOUISIANA
(C-35)
I. Walton Bader, Esquire
Bader and Bader
65 Court Street
White Plains, New York  10601


DEFENDANTS IN C-35

CARY J. MAULTASCH
Aubrey Harwell, esquire
Neal & Harwell
(previously listed)

PAMELA R. MONZERT
Andrew M. Lawler, Jr., Esquire
220 East 42nd Street
New York, New York  10007

WICKES COMPANIES, ICN.
Steven Marenberg, Esquire
Irell & Manella
1801 Avenue of the Stars
Suite 900
Los Angeles, californai  90067

SANFORD C. SIGOLOFF
ALVIN G. SEGAL
PETER BE. SWEET
RITA E. HAUSER
E.L. JOHNSON
SANFORD KAPLAN
E.M. KAUFMAN
W.A. MALLORY
PRESTON SILBAUGH
Unable to Determine Address or Counsel


WILLIAM FRIES, II, ET AL. (D-39)
David B. Gold, Esq.
Paul F. Bennett, Esq.
John W. Allured, Esq.
595 Market Street, Suite 2300
San Francisco, CA  94105

JEFFRIES & COMPANY (deft. D-39)
Morgan, Lewis & Bockius
801 S. Grand Ave., 22nd Floor
Los Angeles, CA  90017-3189

BOYD JEFFRIES (deft. D-39)
Ronald L. Ripley, Esq.
James P. Linn, Esq.
Linn & Helms
1200 Bank of Oklahoma Plaza
Oklahoma City, OK  73102

Morton G. Rosen, Esq.
Haight, Brown & Bonesteel
201 Sta Monica Blvd.
Santa Monica, CA  90406

FMC CORPORATION (D-40)
Thomas P. Sullivan, Esq.
Richard T. Franch, Esq.
Barbara S. Steiner, Esq.
Kaarina Salovaara, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611

SHEARSON LEHMAN BROTHERS INC. (Deft. in D-40)
Howard D. Lieberman, Esq.
H. Nicholas Berberian, Esq.
Neal, Gerber & Eisenberg
208 South LaSalle Street
Suite 900
Chicago, Illinois  60604

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___8___

DOCKET NO. _732___ -- _____

---

STANWOOD A. MURPHY, JR., ET AL. (D-41)
William G. Bertain, Esq.
411 "J" Street, Suite 8
Eureka, California 95501

Charles Barnhill, Esq. vacated
William P. Dixon, Esq.
Davis, Miner, Barnhill & Galland    opposed
3 South Pinckney, Suite 804       12/26/89
Madison, Wisconsin 53703

DANIEL P. LYNCH (Deft. in D-41)
Unable to Determine Counsel or Address

FINANCIAL CORPORATION OF SANTA BARBARA, ET AL.
(D-42)
Jack I. Samet, Esq.
Buchalter, Nemer, Fields & Younger
700 South Flower Street
Suite 700
Los Angeles, California 90017-4183

VICTORIA A. SHAEV, ET AL. (D-43)
Stanley M. Grossman, Esq.
Pomerantz Levy Haudek Block & Grossman
295 Madison Avenue
New York, New York ]00]7    PPP

Micheal S. Glassman, Esq.
Clemens, Glassman and Clemens
]880 Century Park East, Suite ]006
Los Angeles, California 9006X

FRED CARR, ET AL. (D-43) deft.
William J. Meeske, Esq.
Latham & Watkins
633 West Fifth Street
Los Angeles, California 9007]

Seth Aronson, Esq.
O'Melveny & Meyers
400 South Hope Street
Los Angeles, California 9007]

KIDDER PEABODY & CO., INC.
Leonard A. Spivak, Esq.
Cahill, Gordon & Reindel
(address listed on page w/lead counsel)

JAMES O. COX, III    (D-43) deft.
John W. Spiegel, Esq.
Munger, Tolles § Olson
355 South Grand Avenue
Los Angeles, California 9007]

TOUCHE ROSS & CO.   deft. (D-43)
Cheryl Justice, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, California 9007]

KIDDER PEABODY & CO., INC.   (D-43) deft.
Edward M. Rosenfeld, Esq.
Davis, Markel, Edwards & Rosenfeld
]875 Century Park East
Suite 950
Los Angeles, California 90067

ARTHUR B. HARRIS, ET AL. (D-44)
William S. Lerach, Esquire
Milberg, Weiss, Bershad, Specthrie &
  Lerach
225 Broadway, Suite 2000
San Diego, CA 92101

PHILIP R. BRINKERHOFF
HARRY GELLES
ROY G. GARTMENN
RALPH E. LAUTMANN
DAVID L. TILTON
PALMER G. JACKSON
THOMAS P. KEMP
THOMAS P. MULLANEY
MARTIN ORTIZ
E. DOUGLAS REDDAN
BETTY J. ROSNESS
Michael A. Greene, Esquire
Greenberg, Glusker, Fields,
Claman & Machtinger
1900 Avenue of the Stars
20th Floor
Los Angeles, CA 90067

DAVID JACHIMCZYK
Susan L. Sommer, Esquire
Lanker, Siffert & Wohl
500 Fifth Avenue, 33rd Floor
New York, New York 10110

JPML FORM 2A -- Continuation

Counsel of Record -- p. ___9___

DOCKET NO. __732__ -- _____

| | |
|---|---|
| JAMES DAHL | LORI MILKEN |
| Clara A. "Zasi" Pope, Esquire | Dennis Perluss, Esq. |
| Kaye, Scholer, Fierman, Hays & | Hufstedler, Kaus & Beardsley |
| Handler | 355 South Grand Avenue, 45th Floor |
| 425 Park Avenue | Los Angeles, CA 90071 |
| New York, New York 10022 | |
| | LOWELL MILKEN |
| Steven R. Andrews, P.A. | SANDRA MILKEN |
| 318 N. Calhoun Street | PAMELA MONZERT |
| Tallahassee, Florida 32301 | CARY MAULTASCH |
| | IVAN F. BOESKEY |
| ARTHUR BILGER | THE IVAN F. BOESKEY CORP. |
| LEON BLACK | NORTHVIEW CORP. |
| EDWIN KANTOR | Defendants represented by |
| ANTHONY LAMPORT | liaison counsel for defendants |
| FREDERICK JOSEPH | |
| ROGER JOSPE | CHARLES THURNHOU |
| Richard Ziegler, Esquire | ROBERT JOSPE |
| Clerary, Gottlieb, Steen & Hamilton | Defendants not served |
| One Liberty Plaza | |
| New York, New York 10006 | NORMAN BARKER, JR. |
| | WARREN G. BENNIS |
| JOSEPH MURPHY | ALBERT G. HANDSCHUMACHER |
| William R. Bowen, Esq. | E. BENJAMIN NELSON |
| Charles Dancher, Esq. | GEORGE I. ROSENTHAL |
| Luce, Forward, Hamilton & Scripps | STEVEN G. BING |
| 110 West A Street - Suite 1700 | Seth Aronson, Esq. |
| San Deigo, CA 92101 | O'Melveny & Myers (previously listed on p. 8) |
| | |
| LAMBERT BRUSSELS ASSOC., LTD. PART. | FIRST EXECUTIVE CORPORATION, |
| GROUP BRUXELLES LAMBERT & AFFILIATED | FRED CARR |
| PARGESA & AFFILIATES | (Defts in D-43 |
| Gary Kubek, Esq. | Irene Livadopoulos, Esq. |
| Debeviose & Plimpton | Latham & Watkins |
| 875 Third Avenue | (Same listed on page 8) |
| New York, New York 10022 | |
| | |
| BRUCE NEWBERG | |
| Susan Nicheles, Esq. | |
| Goldman & Hafetz | |
| 60 East 42nd Street | |
| Suite 950 | |
| New York, New York 10165 | |
| | |
| THE MILKEN FAMILY FOUNDATION | |
| M. (MICHAEL) L. MILKEN FOUNDATION | |
| THE CAPITAL FUND FUNDATION | |
| L. (LOWELL) S. MILKEN FOUNDATION | |
| LANHUS V, | |
| MANTAR ASSOCIATES | |
| Daniel R. Murdock, Esq. | |
| Donovan Leisure, Newton & Irvine | |
| 333 South Grand Ave., Suite 4100 | |
| Los Angeles, CA 90071 | |

Denied transfer 10/11/90

Denied transfer 10/11/90

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _732_ -- In re Ivan F. Boesky Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ivan F. Boesky | A-1, A-2, 3, 4, 5, ~~~, A-8, 9, ~~, 10, A-11, A-14, ~ 17, B-19, X-20, C-32, C-3~, D-40, D-41, D-42 |
| ✓ Ivan F. Boesky & Co., L.P. | A-1, 3, 5, 6, ~, ~, A-10, A~, A-14, X-20, D-40 |
| ✓ Boesky & Kinder Partners, L.P. | A-1, 3, 6, ~ 8, A-14, X-20, D-40 |
| ✓ IFB Managing Partnership, L.P. | A-1, A~, A-8, ~, ~, A-14, X-20, C-35, D-40 |
| The Ivan F. Boesky Corp. | A-1, 3, 6, A-8, A-10, X-20, D-40, D-42 |
| Drexel Burnham Lambert, Inc. | A-1, A-6, ~, A-10, A-14, B-17, B-19, X-20, X-21, C-33, C-35, D-40, D-41, D-42 |
| / Dennis Levine | A-1, 4, A-6, A-8, ~ 9, A-14, B-17, D-40 |
| Martin A. Siegel | A-1, A-2, A-8, A-11, A-11, A-12, B-17, B-18 |
| ✓ Fried, Frank, Harris, Shriver & Jacobson | A-1 |
| ✓ Stephen Fraidin, P.C. | A-1 |
| √ Stephen Fraidin | A-1 |

p. 2

| | |
|---|---|
| Seligmann, Harris & Co., Inc. | A-1 |
| Kidder Peabody & Co., Inc. | A-2, A-11, A-12, A-13, B-17, B-18, |
| Goldman, Sachs & Co. | A-2, A-12, A-13, B-17, B-18, D-40 |
| Robert M. Freeman | A-2, A-12, A-13, B-17, B-18 |
| Richard Wigton | A-2, A-11, A-12, B-17, B-18 |
| Timothy L. Tabor | A-2, A-11, A-12, B-17, B-18 |
| I.F.B. Management Corp. | A-6, A-7, A-10, X-20, C-35 |
| Seemala Corp. | A-6, A-10, A-14, X-20, C-35, D-40 |
| Seemala Partners, L.P. | A-6, A-10, A-11, A-14, X-20, C-35 |
| Cambrian & General Securities, P.L.C. | A-6, A-10, A-14, X-20, D-40 |
| Farnsworth and Hastings Limited | A-6, A-10, A-14, X-20, C-35, D-40 |

JPML FORM 3

p.  3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  732  --  In re Ivan F. Boesky Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Beverly Hills Hotel Corp. | A-6, A-14, X-20, C-35, D-40 |
| √ Northview Corp. | A-6, A-7, A , A-14, X-20, C-35, D-40, D-42 |
| Robert M. Wilkis | A-6, A-13, A-14 |
| √ Ira B. Sokolow | A-6, A-14, D-40 |
| √ David S. Brown | A-6, A-14, D-40 |
| √ Oppenheim, Appel, Dixon & Co. | A-8 |
| Randall P. Cecola | A-10 |
| Lazard Freres & Co. | A-10 |
| International Gold, Inc. | A-11 |
| Diamond Holdings, S.A. | A-9 |
| Bernard Meier | A-10 |

p. 4

| | |
|---|---|
| General Foods Corp. | B-17 |
| General Foods Corp. Call Options | B-17 |
| Unocal Corp Put Options Michael R. Milken | B-18, X-19, X-20, X-21, C-33, C-34, Q-41 |
| Unocal Common Stock Cary J. Maultasch | B-18, X-17, X-20, X-21, C-33, C-35, Q-41 |
| Daniel P. Lynch | X-19, Q-41 |
| Seema Boesky | X-20 |
| Drexel Burnham Lambert Group, Inc | X-20, X-21, C-32, C-33, C-35 |
| Lowell J. Milken | X-21, C-33, C-35 |
| Pamela R. Monzert | X-21, C-35 |
| Victor Posner | X-21, C-32 |
| Steven N. Posner | X-21 |
| Pennsylvania Engineering Corp | X-21 |

JPML FORM 3

p. ___5___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __732__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Thomas Charles Fisher | C-33 |
| Lewis Kairys | C-33 |
| Basic Resources Interantional | C-33 |
| Leon Boesky | C-33 |
| Drexel Burnham Lambert International Limited | C-34 |
| Allen Rosenthal | C-34 |
| Joel L. Gold | C-34 |
| Bankers Trust Company | C-34 |
| Wickes Companies, Inc. | C-35 |
| Sanford C. Sigoloff | C-35 |
| Alvin G. Segal | C-35 |

p. 6

| | |
|---|---|
| Peter B. Sweet | C-35 |
| Rita E. Hauser | |
| E.L. Johnson | C-35 |
| Sanford Kaplan | |
| E.M. Kaufman | C-35 |
| W.A. Mallory | C-35 |
| Preston Silbaugh | C-35 |
| Boyd Jeffries | D-39 |
| Jeffries + Co. | D-39 |
| Shearson Lehman Brothers Inc. | D-40 |
| | |